

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00539-CV

In the Matter of the Marriage of Zina Burkett and Jason A. Burkett and in the Interest of S.R.B., a minor child

On Appeal from the
430th District Court of Hidalgo County, Texas
Trial Court Cause No. F-132-11-J

## JUDGMENT

This Court's judgment issued November 17, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 26, 2023